**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 58  
**IP Address:** 66.108.228.236  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0B1C80314F5C6B62FF4DF08530146A806A2C6409<br>File Hash:<br>2A7BB1D7D09286277C1B1E856846275629AFEAAC2634DEAFD9512F62AADFE86D | 10-01-2022 03:29:04 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 2 | Info Hash: 0D478B5309728436BE8AE9E9D77DAD04C457CCBC<br>File Hash:<br>EC521965A2093E5BADC01BDE431283936B940CFAE8FCA375F4FB22E6A0B00068 | 10-01-2022 02:17:44 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 3 | Info Hash: EBC86C8EC9799075996F99389AAD01FA5EB87E0F<br>File Hash:<br>4ADE2DED64FF848AB2F050D3DD7184CCB75FCF96367D1FA53CFAF402C2ED9F90 | 10-01-2022 02:15:49 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 4 | Info Hash: 1FA97A62D7D275A53D30140E4B6561371BD79E40<br>File Hash:<br>966EA5CFC5DC70353373B3F7B2B05553EA46C4CD190F3EE3AE8553CC3155BC51 | 10-01-2022 02:10:19 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 5 | Info Hash: 27F1EA7CBDE241C65210E4826E3CF61A3898AC84<br>File Hash:<br>7A7130B5596E75928852146125D2DC5FFC1B0EA5BC90E8A5FE49D97D14F6D773 | 07-31-2022 18:50:23 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 6 | Info Hash: 38648F7D11AA9EC130533022821A7AF81CAB8744<br>File Hash:<br>E82F4CE735626F29D4372A9D4BB0C71296F3E5C8F7F6A21589786C21BCC7F425 | 07-31-2022 02:07:07 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 7 | Info Hash: 112D7954635B2691A7A6D0035FA571FCC30E2103<br>File Hash:<br>C85F7D0593EE94E1F552245A26F013FFA0466DA90A38E62471FD21CDF8C5B9F5 | 07-31-2022 01:48:59 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 8 | Info Hash: F2055D8DB0907EA6B1AA0C0A177F4A3F80EF06F7<br>File Hash:<br>88110DF377677322138F50CC964E7ADA4391368464113749482C6F3F8E41AB5F | 07-07-2022 18:15:05 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 9 | Info Hash: C52D4CA7E5E14FEC267CDE00485DAD23A1B9F569<br>File Hash:<br>3E26642E7A4704D6D9E6D6AD41412CEB8B06D2C4FAF5FF90C28A42A339E6C4A8 | 07-07-2022 15:14:52 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 10 | Info Hash: 3C32EE1686FCCE912A5E719BF698095063FCDD11<br>File Hash:<br>6A0DFC7F4D540226C15BF6909B16B3724334BDAFE564B879A596A87276D437AA | 07-07-2022 15:14:40 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 11 | Info Hash: 922F5E68E8D6E3C22D031B933D6C388FE4C27092<br>File Hash:<br>C5B6F47BB9F28703BBADEFCAC5DC08A12DCD47A4FE9D4839A07376F1B1B99003 | 07-07-2022 15:14:15 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 67913B159FC7DB71EFFAE3FE1CF85418F596C62A<br>File Hash: FF49379BC30DDC53D83C1AEC87F06D443271C273F0EE09A9798D513E75AD7F0B | 07-07-2022 15:10:44 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 13 | Info Hash: C362A8985C69F14B921F808C6E990C453D6C4A06<br>File Hash: 2A79BF26BE7D25E43D9141859C917A41F22B5A5A168EEAAD4312D889DBE40B49 | 07-07-2022 15:10:29 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 14 | Info Hash: F38ADF7688FB105B0A2C8A09AD424B96AD1E20DF<br>File Hash: 157EBB6335925D4EED9EBB2CBF457FA47B100074900206A7830034AE068211BC | 07-07-2022 15:06:27 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 15 | Info Hash: 60479E11586C885300371E7EF2B39AA980E73046<br>File Hash: E5067B14E98694607145D6A2E3137E95D5EFB650C7C22D83B210427518A201F6 | 07-07-2022 15:06:26 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 16 | Info Hash: 7922671F2A53C82C069C498F6B40DE95E505BCA1<br>File Hash: 904816C0025F928FD91A4E2FD1A79687E179710CFED16AE5585709B0BFBFEBAD | 07-07-2022 15:03:51 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 17 | Info Hash: 2331E9679D19FCBDE172D25AEB2C5ED806C263FA<br>File Hash: EF17FA40E9C8D3E5F46C0FA1F952B817E70B504A7D4CAF4948B0E3B01A5E616A | 07-07-2022 15:02:54 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 18 | Info Hash: 075E4683E6DE698796879AC1DA72D264B98DAB00<br>File Hash: 2056691D7D876B5E64CC2FC11602C1EAB1C5019EA7C4DE20F754ACAD9E71D498 | 07-07-2022 14:55:45 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 19 | Info Hash: E6D564A634072BB8867349CB240D627AAA0BAA79<br>File Hash: DD95825D9C121DCFFB752CE82079D15777E7ECEF183CD8BCD1B50E68C46782C7 | 03-14-2022 18:09:14 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 20 | Info Hash: ECF44D7A564CCA8ACAA69424C62ABFA9F9551D78<br>File Hash: 56A1D36C956F20188364ECBF62883AFA7E7BC809323AA575F9D02D3BB6973246 | 03-14-2022 18:07:06 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 21 | Info Hash: 60FBFBA10E27BBF6F084E7F04AEA5D1A20082FA3<br>File Hash: BB8E35BA60A262D1C0F83DABD313879D1CB8E26680AA3AEE8E5B9659F0EC42FD | 03-14-2022 18:06:59 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 22 | Info Hash: 57EED88DDAD1BD29ADAB82ECC53B0A5D76258110<br>File Hash: D128070E6D62DEEEEBF6E00DB61C0450EA0916986A96AAA1B67BCBE533BF42BB | 03-14-2022 18:01:39 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 23 | Info Hash: 0C47D5129BC6CCEEF6B4A00E05EE7279488C76F8<br>File Hash: 817918BA901B5813974EFA9485D02E80C9CA9A3CE5552420D296CD89B0E7EDC4 | 03-14-2022 18:01:35 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E53213F3B6C88D12A2CF1B88D9197B7ECC7AD203<br>File Hash: 1CE30EDE3F31BD23D5913B5EF8D5538004B38B793935142FFD8E2122C3305EFA | 03-14-2022 17:55:00 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 25 | Info Hash: 712BE5F01D556363B9235A3BD9BF6C1A83F5D34B<br>File Hash: 4C3BF1B38C5C15EC5583EE9DE43545406BF8694C3C502A967D36AB1946808D8C | 03-14-2022 17:52:05 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 26 | Info Hash: 7CB68804A6697F1AC6F409C43CAA2D662A12AB79<br>File Hash: B1A7D21F81ABCF08EE3066D138A452A873C303ACA25FCC56B64E903B83261150 | 03-14-2022 17:51:06 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 27 | Info Hash: E6ACDC9CE0A930F0E81BA1AFD00B04D38A9FD48B<br>File Hash: DB7AF11A63CBE35C93B70F5E117671AF12DBC058EBA91E3DB1E33D1EFF362423 | 03-14-2022 17:50:18 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 28 | Info Hash: E97B3AC54A87D6330DAC9747B79443F75E8D1038<br>File Hash: F9CF4401F49349C400EE40D739F2C3580AC23CA498262EF06FA3472006B13877 | 03-14-2022 17:47:45 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 29 | Info Hash: 922634E7CFB428C3A8228E645582A62731EC0260<br>File Hash: CE522B18B342B88BE7BD722D82CE0FE16AD188FBEE4A22D8770976E5572527BE | 03-14-2022 17:44:40 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 30 | Info Hash: BF304ED8602E82E886BD73E5DC682FBE1153BCAB<br>File Hash: CADB8193E6B0AD6AFB84E5EC8E0EEE53C840DCB7716383E2F96FFDFC34AFE268 | 03-14-2022 17:42:39 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 31 | Info Hash: 1BB4A092AF349BBD5903E474DAFA9C4C1E3709C8<br>File Hash: 377F327936BD5D28288C3402299B1EB39B02BE7807572C2E7FAB7E42870AB5AB | 12-10-2021 19:13:29 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 32 | Info Hash: F4785D1508FCA25247F7DD10184BC3A172EE9BF6<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 12-10-2021 19:04:41 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 33 | Info Hash: FA9D7BDFA08968B72F7F0A2A7F22627B59584AB8<br>File Hash: 802ED80104504FF99B7251A3843CF24B7CE6B07F3755CFFF707B659CB87BFBD4 | 12-10-2021 19:01:54 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 34 | Info Hash: BBADCCB6F7BF4A70EF7D08E54113F35D4DAA86FB<br>File Hash: 2735C97D4CA692ED651845C652D62EB78960557CEA8B10B1A4B6135ED7768FA2 | 12-10-2021 19:00:02 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 35 | Info Hash: AB12847FF804779BADEC53B69E05063A9CDD8255<br>File Hash: 94486457EB79A50041AD080CEAC54E077B6DB28A76D0E51EAB8B119764A42E2C | 12-10-2021 18:59:18 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F9E953F8D4A74E6C49A3536E6EB1A17C8D9B8E89<br>File Hash: 5BA00E452B0FE71E74777716145841A6FF8B0FC43FDA719FCA934B6B1F86E38E | 10-20-2021 16:20:54 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 37 | Info Hash: 031702C8B4CA4AEF625443EB5E7E224338C860C3<br>File Hash: C1D95F02306262F38B7AF08CE0A3780FF6E30B8479C54D60605B445C9090C79E | 10-20-2021 16:11:53 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 38 | Info Hash: 9CF0E3464640945F7CE78B2F6AAAF9C709CC5C18<br>File Hash: 31FF1DEE45C0E4EC51BEB145F473177182F33337944022113E746434EF8AA806 | 10-20-2021 16:11:33 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 39 | Info Hash: 40886D4DF06C858546ED43D6CBB8545C0623F464<br>File Hash: D375D7FDB3A18C3B8A3852AFE0D595A527533B9659EBD1087E6B15F45BDDCA53 | 10-20-2021 16:09:26 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 40 | Info Hash: 8826E71871E37E356295FBF53B590C26ADDA74F0<br>File Hash: 7CD2A77B607E0C0EDF938DBB63C74078D3BB871D7C2F5CB52596AC53ED4584F1 | 10-20-2021 16:09:14 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 41 | Info Hash: ABE6756CE1E017A93B21292793E9B11EAED56904<br>File Hash: 701F6EC309A9EF480EB223A51144BF7E937D406A1B3D1368DC2A5D20C6B9A776 | 10-20-2021 16:09:02 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 42 | Info Hash: BEFA2F7603AFDDBAAE5B6F59BF41C10B6EBF75F8<br>File Hash: D3A42C2F7CAB7EED25123E98B4CD09165CD848C3684F48982B38778191FA6A0B | 10-20-2021 16:05:56 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 43 | Info Hash: A90390378BF533BA84C7D68E99F0BE2A8A5E7A41<br>File Hash: A891D1251E82DE09F974C93FF366E16235FE4973C9A0776BF294A053413130C9 | 10-20-2021 15:57:12 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 44 | Info Hash: E37EE43F46A734D822E0F758EADA417480D0B360<br>File Hash: 5578883F40DA6D2AEDDDA64FD68837AA862A8BD0D69A040F602D95040C20B009 | 09-20-2021 13:57:09 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 45 | Info Hash: 375B4F731CC5CBA4624C62CBD45C45D284F46F01<br>File Hash: 2B041D25495E92ECC28A0719DC764CC250331F3FACD77279C30F9AC11065C1C6 | 08-30-2021 12:33:38 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 46 | Info Hash: 5607FB237E5FA3E5BA620D154F1EF59EA5754FAC<br>File Hash: 33E8BF3C9738CB2BD2484955F44A1E04606309B40E1D34F2608A313254A022FA | 04-20-2021 09:54:29 | Blacked Raw | 09-19-2018 | 11-01-2018 | PA0002143420 |
| 47 | Info Hash: CCE778953AEE2A0F0D345FB65E6A351232BB0AC0<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 04-20-2021 06:51:30 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: FA151A9E6D3C59CF56C4CB54CA1E7DCC9BB19549<br>File Hash: 6D1A6BB9FD373BE015D468F2ACC421AE46EB50CC1B32AE3AB5F9D88C46A592D7 | 04-20-2021 00:33:45 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 49 | Info Hash: 1E5531EA668F7F8218BE20D6D5BF46FAB3DC5E34<br>File Hash: AFF5B50B7572D65B81AC69196A4AC0EC0363F58EAA7611B462791B79AFEE55F5 | 04-20-2021 00:30:30 | Blacked Raw | 08-30-2018 | 10-16-2018 | PA0002127777 |
| 50 | Info Hash: C36B70D35B13EC6143CD098E5424C872C0B7D9CC<br>File Hash: 82651A793EDFCEF027EAA97231B6B487B2A6A7722A8959851C1A6668157DB9AD | 04-19-2021 20:10:31 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 51 | Info Hash: B91052C3E93BDA33141B407FA372F7323321B319<br>File Hash: 315267932786BFE315BC58BE9F1E1C6DC34365AAA24A0092A89AC735AE62E96B | 04-19-2021 17:06:16 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 52 | Info Hash: 83836A62FE55C05D9E1D461BDA8ACAFB6E507D44<br>File Hash: EDF6160CB8608A2241A538C147D6BED072A4E68DF4E9DF55AB7488D0590EB93B | 04-19-2021 16:44:08 | Blacked Raw | 12-18-2018 | 02-02-2019 | PA0002155391 |
| 53 | Info Hash: 9C10F635E98B9FE1A4E3AB94B0DCEC378DBE6E3E<br>File Hash: 0D8C705E9925211649A45E60B6493DEF7FF050FD5981BE57DDB3F2A13D1F2EDB | 04-19-2021 16:44:02 | Blacked | 03-26-2017 | 06-05-2017 | PA0002052857 |
| 54 | Info Hash: 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547<br>File Hash: 635645BD66306827A556824736881431BCF40C345A9E95FE577FB99277BC798C | 04-12-2021 14:15:12 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 55 | Info Hash: 158258B1A19235075D5BC7E77F3979BEFC8EABAC<br>File Hash: 037BC9199F675896966EB45A0CD7C67067E44A288EB1A864191DC16D31938F2A | 04-12-2021 14:09:14 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 56 | Info Hash: 832675DAB93182B2C5E5DA5110D4E3E0660CD182<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 04-12-2021 14:08:59 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 57 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash: 894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 04-12-2021 14:08:38 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 58 | Info Hash: 958114234F010ED12787587C6B9FA13E19388CF1<br>File Hash: 17C933C89E74662BB0E434F950700350EFBF8409B3B5B23B799B9C7E11D2DFA7 | 04-12-2021 14:06:55 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |